IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | Case No.: 7:12-CR-10 (HL) |
| ANTHONY WILLIS, : | |
| Defendant. : | |

# ORDER

The Government's Motion for a Continuance of the above-styled matter to the next regular trial term having been read and considered, the Court finds:

The defendant was Indicted on March 15, 2012 and Arraigned on April 24, 2012. The Court's next regularly scheduled trial term begins on July 30, 2012. The Defendant has not requested a specially set trial term. Rather, counsel for Defendant offers no opposition to the Motion to Continue.

THEREFORE the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next trial term of the Valdosta Division of the Middle District of Georgia, currently scheduled to commence on July 30, 2012.

IT FURTHER ORDERED that the time period occasioned by this continuance is excluded from the calculations of time contemplated by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 26th day of June, 2012.

s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE