# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **ANTHONY WILLIS,** <br><br>       Defendant. | Case No. 7:12-CR-10 (HL) |

## ORDER

This case is before the Court on a motion for the appointment of new counsel filed by Defendant (Doc. 33). Defendant states that he wishes to raise an ineffective assistance of counsel claim on direct appeal as to his sentencing, presumably relating to the failure of counsel to file timely sentencing objections. However, although the objections were late, the Court in the course of the sentencing hearing considered the subject matter of the objections and ruled on the objections. Thus, the objections were as a practical matter treated by the Court as if timely filed. The Court finds no reason to appoint new counsel for appeal, and accordingly, the motion is denied. John Phillip Cannon will continue to represent Defendant on appeal.

**SO ORDERED**, this the 1st day of November, 2012.

                                                  *s/ Hugh Lawson*
                                                  **HUGH LAWSON, SENIOR JUDGE**

mbh